1 | BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
2 | LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
3 | 600 B Street, Suite 1550
San Diego, CA 92101
4 | Telephone: 619/338-1100
619/338-1101 (fax)
5 | tblood@bholaw.com
lhurst@bholaw.com
6 | toreardon@bholaw.com

7 | Attorneys for Plaintiff

8 | [Additional counsel appear on signature page.]

**FILED**

2010 JUN 18  AM 11: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TAMARA GRABOWSKI, On Behalf of Herself, All Others Similarly Situated and the General Public, | Case No. 10 CV 1300 JM     WVG |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | CLASS ACTION COMPLAINT FOR: |
| SKECHERS U.S.A., INC., | |
| Defendant. | |

1. VIOLATION OF THE UNFAIR COMPETITION LAW, Business and Professions Code §17200 *et seq.*;
2. VIOLATIONS OF CONSUMERS LEGAL REMEDIES ACT, Civil Code §1750 *et seq.*; AND
3. BREACH OF EXPRESS WARRANTY

DEMAND FOR JURY TRIAL

Plaintiff Tamara Grabowski ("plaintiff") brings this action on behalf of herself and all others similarly situated against defendant SKECHERS U.S.A., Inc. ("SKECHERS" or "defendant"), and states:

### JURISDICTION AND VENUE

1.      This Court has original jurisdiction pursuant to 28 U.S.C. §1332(d)(2). The matter in controversy, exclusive of interest and costs, exceeds the sum or value of $5,000,000 and is a class action in which some of the members of the class of plaintiffs are citizens of states different from SKECHERS. Further, greater than two-thirds of the class members reside in states other than the state in which SKECHERS is a citizen.

2.      Venue is proper in this Court pursuant to 28 U.S.C. §1391 in that many of the acts and transactions giving rise to this action occurred in this district and because defendant:

(a)      is authorized to conduct business in this district and has intentionally availed itself of the laws and markets within this district through the promotion, marketing, distribution and sale of its products in this district;

(b)      does substantial business in this district; and

(c)      is subject to personal jurisdiction in this district.

### NATURE OF ACTION

3.      SKECHERS manufactures, markets and sells a type of men's and women's footwear known as SKECHERS Shape-ups®. Through an extensive and comprehensive nationwide marketing campaign, SKECHERS claims the expensive Shape-ups® (starting at $100 per pair) will provide to anyone who wears them a variety of health benefits ordinary footwear cannot provide. SKECHERS promises that its shoes improve posture, promote weight loss, strengthen the back, improve blood circulation, promote sleep, reduce mental stress, reduce physical stress on knees, legs and ankle joints, and burn calories. SKECHERS represents that clinical studies show that Shape-ups® are proven to provide these major health benefits. However, SKECHERS Shape-ups® are not proven to provide any of these benefits. To the contrary, its Shape-ups® may cause or exacerbate the very type of problems

BLOOD HURST & O'REARDON, LLP

00019300

1

1   SKECHERS claims its footwear provides.   SKECHERS' representations are false,

2   misleading, and reasonably likely to deceive the public.

3       4.      SKECHERS' nationwide advertising campaign has been extensive and

4   comprehensive, spending millions of dollars to convey these deceptive messages to

5   consumers throughout the United States.  SKECHERS conveyed and continues to convey its

6   deceptive claims about Shape-ups® through a variety of media, including point of sale

7   displays, television, newspapers, magazines, direct mail, the Internet and on the product's

8   packaging.  The only reason a consumer would buy Shape-Ups® is to obtain the advertised

9   benefits.

10      5.      SKECHERS' advertising and marketing campaign is designed to cause

11  consumers to buy Shape-ups® as a result of the deceptive health benefits message, and

12  SKECHERS has succeeded.   As a result of this campaign, the Shape-ups® launch has

13  elevated the footwear brand to the top seller in its product category, and generated record

14  sales exceeding $100 million.

15      6.      And as a result of the misleading messages conveyed through its campaign,

16  SKECHERS has sold footwear that does not perform as advertised, and can cause harm to

17  people who wear them.  Further, SKECHERS has been able to charge a significant price

18  premium for Shape-ups® over other footwear products, including other SKECHERS

19  footwear products.

20      7.      Plaintiff brings this action on behalf of herself and other similarly situated

21  consumers who purchase Shape-ups® in the United States in order to halt the dissemination

22  of this false and misleading advertising message, correct the false and misleading perception

23  SKECHERS has created in the minds of consumers, and to obtain redress for those who have

24  purchased Shape-ups®.  Plaintiff alleges violations of the Consumers Legal Remedies Act,

25  the Unfair Competition Law, and breach of express warranty created by SKECHERS'

26  marketing, including its advertising and packaging.

27

28

BLOOD HURST & O'REARDON, LLP

00019300

2

BLOOD HURST & O'REARDON, LLP

**PARTIES**

8.    At all times relevant to this matter, plaintiff Tamara Grabowski resided and continues to reside in this district.  During the class period, plaintiff was exposed to and saw SKECHERS' advertising claims, purchased Shape-ups® in reliance on these claims, and suffered injury in fact and lost money as a result of the unfair competition described herein.

9.    Defendant SKECHERS (NYSE: SKX), is incorporated in the State of Delaware and is headquartered in Manhattan Beach, California.  SKECHERS is registered to do business in the State of California, and does business in the State of California.  SKECHERS' corporate headquarters and additional administrative offices are located at five premises in Manhattan Beach, California.    From its Manhattan Beach headquarters and Ontario, California distribution centers, SKECHERS created the false and deceptive advertising campaign at issue, and promotes, markets, distributes, and sells Shape-ups® to hundreds of thousands of consumers throughout the United States.  As stated in its most recent Form 10-K filing, the majority of SKECHERS advertising is conceptualized using its in-house design team, and senior management is directly involved in shaping the image and conception, development and implementation of its advertising and marketing activities.  Along with wholesale distribution, SKECHERS sells the Shape-ups® footwear on its e-commerce website and in its own retail stores.

**FACTUAL ALLEGATIONS**

10.    The Shape-ups® footwear manufactured, advertised, marketed and sold by SKECHERS have a sole that curves outward from the bottom of the foot, so the bottom of the shoe is a convex, semi-circular shape.  It is known in the industry as a "rocker bottom" shoe.  Shape-ups® footwear is the leader in this new category of footwear.  The rocker bottom shoe category enjoyed retail sales of about $145 million in 2009, up from just $17 million in 2008, and is expected to materially increase over the next several years.  In fact, in just the first four months of 2010, sales of rocker bottom shoes skyrocketed to $252 million.  The following is an example of one of SKECHERS Shape-ups® shoes:

00019300

3



11.    SKECHERS represent that Shape-ups® work as follows: "Designed to improve your life by changing the way you walk, Shape-ups feature a unique soft kinetic wedge insert and dynamic rolling bottom to simulate walking on soft sand.  With the comfort of Shape-ups, you will feel your heel sink to the ground as you step, roll forward as your weight shifts to its center, and push off with your toes.  This movement will result in stronger leg, buttock, back and abdominal muscles as you stabilize your steps."

12.    In June 2009 SKECHERS launched its Shape-ups® line of footwear in the United States.  On Shape-ups® packaging and in its other advertisements, SKECHERS stated and continues to state that Shape-ups® provide major health benefits, including reducing knee and joint stress, toning muscles, promoting weight-loss, improving posture, improving blood circulation, tightening abdominal muscles, strengthening and firming back muscles, firming leg muscles and firming calf muscles.   SKECHERS promises to provide the benefits of exercising, without the need to exercise, or exercise as much.

13.    Throughout the relevant time period, SKECHERS has marketed Shape-ups® using similar and deceptive advertising and packaging.  Likewise, the marketing for men's and women's Shape-ups® contains substantially the same message.  The following is an example of a typical men's Shape-ups® print advertisement:

BLOOD HURST & O'REARDON, LLP

00019300

4

BLOOD HURST & O'REARDON, LLP

14.     Below is an example of a typical women's Shape-ups® print advertisement:



00019300

15.    Another print advertisement promises:

**CHANGE YOUR LIFE BY WALKING IN Shape-ups.**

**Shape Ups® are designed to enhance the benefits of walking by stimulating muscles not utilized with standard walking shoes.**  They also reduce the impact on joints by providing a more neutral, forgiving walking surface. Walking on a soft surface may seem awkward at first, but your body will compensate by activating muscles in your legs, buttocks, back and stomach to center your body, resulting in improved coordination and posture, stronger muscles, and increased blood flow.

Shape Ups will have a positive impact on you physically.  Regular use of Shape Ups help you sleep better and can play an important role in combating stress. **It's as easy as walking in Shape Ups.**

16.    The Shape-ups® print advertisements each contain substantially similar messages about Shape-ups® ability to provide health benefits.  Attached as Exhibit A is a collection of some of the advertisements containing the uniform false and deceptive statements.

17.    SKECHERS also repeats the Shape-ups® misrepresentations on its websites: www.SKECHERS.com, www.soholab.com, and www.myshapeups.com.  These websites are available to the general public and SKECHERS' advertisements in other media promote these websites.

18.    For example, on the front page of its SKECHERS.com website, SKECHERS makes the following claims:



BLOOD HURST & O'REARDON, LLP

00019300

19. According to SKECHERS, there are "**3 REASONS WHY YOU <u>NEED</u> Shape-ups**":

**1.      Stronger You**

Shape-ups are designed to help you strengthen your muscles, including your back, abdomen, and calves.

**2.      Healthier You**

Shape-ups will help you lose weight and improve your circulation, creating a healthier you!

**3.      Easy Exercise Routine**

It's easy to shape up with Shape-ups.  Wear your Shape-ups everywhere and anywhere you walk (or stand), and your body will feel the benefits.

20. SKECHERS print and website advertisements reinforce the health benefits messages by using purported doctor endorsement and customer testimonials:

"After performing a six-week clinical trial testing the benefits of SKECHERS Shape-ups, I am confident in recommending them to patients to increase their low back endurance and improve gluteal strength.  Patients also benefitted from weight loss and improved body composition."

- Dr. Steve Gautrea, California

"These Shape-ups help me get a good walking workout without killing my knees or shins.  They have amazing cushioning and the rolling motion minimizes the impact on my joints."

- Sarah, London

"Shape-ups really help my back feel better – and after walking in the shoes daily, my muscles feel much stronger."

- Frank, Arizona

21. SKECHERS Shape-ups® television commercials convey the same message by SKECHERS in other media.  A typical Shape-ups® television commercial claims:

- [Announcer voice]: "Get in shape without setting foot in a gym with Shape-ups® from SKECHERS."

- [Testimonial from Lisa - Ohio]: "I already feel a difference in the way my jeans fit."

- [Testimonial from Nina – Texas]: "My feet, legs and back don't hurt anymore."

BLOOD HURST & O'REARDON, LLP

00019300

7

- [Voice of Pro Football Hall of Fame quarterback Joe Montana]: "I'm Joe Montana, and I spent 16 years playing pro football, and Shape-ups® have improved my strength and posture."

- [Announcer voice]: "Get in shape. Shape-ups® from SKECHERS."

22.    Another typical commercial, featuring Hall of Fame Quarterback Joe Montana, claims:

"I've been an athlete all my life. When I came out of football I couldn't do a whole lot. I'd had knee surgeries, back surgeries...I've heard all these promises from all kinds of shoe companies about the new cushioning system that's gonna change this, change that. All of the sudden I came across the Shape-ups® and my knees were feeling better after long walks, my back wasn't hurting quite as much, all of the sudden my posture was changing and I started feeling a lot better and, you know, thinking some crazy things all of the sudden. You're all hearing my comeback. What we would like to do is hear about your comeback. Got to myshapeups.com and share your story with us."

23.    To further reinforce the appearance that its claims are legitimate and different from ordinary footwear, each pair of Shape-ups® comes with an "instructional booklet" and "instructional DVD."

24.    SKECHERS also claims that the Shape-ups® major health benefits have been shown in clinical studies. For example, at its skechers.com and soholab.com websites, SKECHERS states: "Four clinical studies in the US and Japan show that Shape-ups increase muscle activity and energy consumption over standard fitness shoes!" However, none of these studies constitutes reliable scientific or clinical proof. These studies were funded by SKECHERS, and none of them have been published in peer-reviewed journals. SKECHERS does not make the full studies publically available.

25.    Even SKECHERS' own purported clinical proof demonstrates the falsity of its claims. Contrary to SKECHERS' advertising claims, one of the four purported clinical studies concluded that the participants wearing Shape-ups® did not experience statistically significant differences in terms of weight loss or body composition. *See* S. Gautreau, Skechers Shape Ups Clinical Case Study, http://www.fitnessfootwear.com/t-Skechers-Shape-Ups-Clinical-Case-Study.aspx (last visited June 17, 2010).

BLOOD HURST & O'REARDON, LLP

00019300

26.    SKECHERS also states that "Doctors and researchers have confirmed that walking in Shape-ups can have major benefits on our health, including:

- More toned and strengthened leg, back, buttock and abdominal muscles

- Reduced body fat

- Improved circulation, aerobic condition and exercise tolerance

- Improved posture, relieving muscle tension and back/joint problems."

27.    However, clinical evidence that has been subjected to scientific peer-review – unlike the four purported clinical studies listed on SKECHERS' websites – suggests that not only are SKECHERS' claims regarding Shape-ups® false and deceptive, but that wearing Shape-ups® as directed could result in harm to the wearer.  For example, in one published study conducted to determine the effectiveness of unstable shoe construction (rocker bottomed shoes) on reducing pain and increasing balance in persons with knee osteoarthritis found that there was no significant difference between the test group that wore an unstable shoe construction and the control group in either pain reduction or increased balance. *"Unstable Shoe Construction and Reduction of Pain in Osteoarthritis Patients,"* Nigg, Benno, *et al.*, Medicine & Science in Sports & Exercise (2006).

28.    As to SKECHERS' claim that wearing Shape-ups® reduces joint stress, another published study testing unstable shoe construction on joints did not find evidence to support the hypothesis that unstable shoe construction reduced joint loading; rather there was no significant difference in the nine joint impulses measured between the group that wore unstable shoes and the control group that wore a regular running shoe.  *"Effect of unstable Shoe Construction on Lower Extremity Gait Characteristics."*  Nigg, Benno, *et al.*, Clinical Biomechanics (2005).

29.    Based upon the purported major health benefits conveyed in its marketing and advertising, SKECHERS is able to price Shape-ups® at a premium to other similar footwear.  In fact, the average retail price of Shape-ups® is almost double the price of other SKECHERS shoes.  Through the uniform deceptive and misleading marketing campaign,

BLOOD HURST & O'REARDON, LLP

SKECHERS leads consumers to believe that the proven health benefits justify the price differential.

30.   Shape-ups® have resulted in record sales revenues for SKECHERS. According to SKECHERS' Chief Operating Officer during an investor conference call on February 17, 2010, "I know the [Shape-ups®] category for us is bigger than we anticipated." In October 2009 analysts predicted that SKECHERS was selling an average of 35,000 pairs of Shape-ups® per week.

31.   During the first quarter of 2010, SKECHERS' quarterly sales surged 44 percent, with record quarterly sales and earning totaling $492 million and $56 million, respectively.   According to an industry survey conducted on May 16, 2010, six of the top ten athletic shoes were so-called toning products – with four of the ten shoes being Shape-ups®. In 2009, an industry analyst predicted that Shape-ups® held an 80 percent market share of the $145 million rocker-bottom shoe market.

### CLASS DEFINITION AND ALLEGATIONS

32.   Plaintiff brings this action on behalf of herself and members of a Class defined as:

> All persons who purchased SKECHERS Shape-ups® branded footwear in the United States.  Excluded from the Class are defendant and its officers, directors and employees and those who purchased SKECHERS Shape-ups® branded footwear for the purpose of resale.

33.   *Numerosity*.  The members of the Class are so numerous that their individual joinder is impracticable.  Plaintiff is informed and believes, and on that basis alleges, that the proposed Class contains hundreds of thousands of members.  The precise number of Class members is unknown to plaintiff.  The true number of Class members is known by the defendant, however, and thus, may be notified of the pendency of this action by first class mail, electronic mail, and by published notice.

34.   *Existence and Predominance of Common Questions of Law and Fact*. Common questions of law and fact exist as to all members of the Class and predominate over

BLOOD HURST & O'REARDON, LLP

00019300

10

1    any questions affecting only individual Class members.  These common legal and factual

2    questions include, but are not limited to, the following:

3         (a)    whether SKECHERS had adequate substantiation for its claims prior to

4    making them;

5         (b)    whether the claims discussed above are true, or are misleading, or

6    reasonably likely to deceive;

7         (c)    whether SKECHERS' alleged conduct violates public policy;

8         (d)    whether the alleged conduct constitutes violations of the laws asserted;  .

9         (e)    whether SKECHERS engaged in false or misleading advertising;

10        (f)    whether plaintiff and Class members have sustained monetary loss and

11   the proper measure of that loss;

12        (g)    whether plaintiff and Class members are entitled to an award of punitive

13   damages; and

14        (h)    whether plaintiff and Class members are entitled to declaratory and

15   injunctive relief.

16        35.    *Typicality*.  Plaintiff's claims are typical of the claims of the members of the

17   Class in that the defendant was unjustly enriched as a result of plaintiff's and the Class'

18   respective purchases of Shape-ups®.

19        36.    *Adequacy of Representation*.  Plaintiff will fairly and adequately protect the

20   interests of the members of the Class.  Plaintiff has retained counsel experienced in complex

21   consumer class action litigation, and plaintiff intends to prosecute this action vigorously.

22   Plaintiff has no adverse or antagonistic interests to those of the Class.

23        37.    *Superiority*.  A class action is superior to all other available means for the fair

24   and efficient adjudication of this controversy.  The damages or other financial detriment

25   suffered by individual Class members is relatively small compared to the burden and expense

26   that would be entailed by individual litigation of their claims against the defendant.  It would

27   thus be virtually impossible for the Class, on an individual basis, to obtain effective redress

28   for the wrongs done to them.  Furthermore, even if Class members could afford such

BLOOD HURST & O'REARDON, LLP

00019300

1    individualized litigation, the court system could not. Individualized litigation would create

2    the danger of inconsistent or contradictory judgments arising from the same set of facts.

3    Individualized litigation would also increase the delay and expense to all parties and the court

4    system from the issues raised by this action. By contrast, the class action device provides the

5    benefits of adjudication of these issues in a single proceeding, economies of scale, and

6    comprehensive supervision by a single court, and presents no unusual management

7    difficulties under the circumstances here.

8         38.    In the alternative, the Class may also be certified because:

9         (a)    the prosecution of separate actions by individual Class members would

10   create a risk of inconsistent or varying adjudication with respect to individual Class members

11   that would establish incompatible standards of conduct for the defendant;

12        (b)    the prosecution of separate actions by individual Class members would

13   create a risk of adjudications with respect to them that would, as a practical matter, be

14   dispositive of the interests of other Class members not parties to the adjudications, or

15   substantially impair or impede their ability to protect their interests; and/or

16        (c)    defendant has acted or refused to act on grounds generally applicable to

17   the Class thereby making appropriate final declaratory and/or injunctive relief with respect to

18   the members of the Class as a whole.

19        39.    Unless a Class is certified, defendant will retain monies received as a result of

20   its conduct that was taken from plaintiff and Class members. Unless a Class-wide injunction

21   is issued, defendant will continue to commit the violations alleged, and the members of the

22   Class and the general public will continue to be misled.

### COUNT I

### Violation of Business & Professions Code §17200, *et seq.*

25        40.    Plaintiff repeats and realleges the allegations contained in the paragraphs

26   above, as if fully set forth herein.

27        41.    Plaintiff brings this claim individually and on behalf of the Class.

BLOOD HURST & O'REARDON, LLP

00019300

42.     As alleged herein, plaintiff has suffered injury in fact and lost money or property as a result of defendant's conduct because she purchased SKECHERS Shape-ups® branded footwear.

43.     The Unfair Competition Law, Business & Professions Code §17200, *et seq.* ("UCL"), prohibits any "unlawful," "fraudulent" or "unfair" business act or practice and any false or misleading advertising.  In the course of conducting business, defendant committed unlawful business practices by, inter alia, making the representations (which also constitutes advertising within the meaning of §17200) and omissions of material facts, as set forth more fully herein, and violating Civil Code §§1572, 1573, 1709, 1711, 1770, Business & Professions Code §§17200, *et seq.*, 17500, *et seq.*, California Health & Safety Code §110390, *et seq.*, 21 U.S.C. §301, *et seq.*, and the common law.

44.     Plaintiff and the Class reserve the right to allege other violations of law which constitute other unlawful business acts or practices.  Such conduct is ongoing and continues to this date.

45.     Defendant's actions also constitute "unfair" business acts or practices because, as alleged above, *inter alia*, defendant engages in false advertising, misrepresents and omits material facts regarding its shipping services, and thereby offends an established public policy, and engages in immoral, unethical, oppressive, and unscrupulous activities that are substantially injurious to consumers.

46.     As stated in this Complaint, plaintiff alleges violations of consumer protection, unfair competition and truth in advertising laws, resulting in harm to consumers.  Defendant's acts and omissions also violate and offend the public policy against engaging in false and misleading advertising, unfair competition and deceptive conduct towards consumers.  This conduct constitutes violations of the unfair prong of Business & Professions Code §17200, *et seq.*

47.     There were reasonably available alternatives to further SKECHERS' legitimate business interests, other than the conduct described herein.

BLOOD HURST & O'REARDON, LLP

00019300

13

48.    Business & Professions Code §17200, *et seq.*, also prohibits any "fraudulent business act or practice."

49.    SKECHERS' actions, claims, nondisclosures, and misleading statements, as alleged in this Complaint, were false, misleading and likely to deceive the consuming public within the meaning of Business & Professions Code §17200, *et seq.*

50.    Plaintiff and other members of the Class have in fact been deceived as a result of their reliance on defendant's representations and omissions.  This reliance has caused harm to plaintiff and other members of the Class.  Plaintiff and other Class members have suffered injury in fact and lost money as a result of these unlawful, unfair, and fraudulent practices.

51.    As a result of its deception, defendant has been able to reap unjust revenue and profit.

52.    Unless restrained and enjoined, defendant will continue to engage in the above-described conduct.  Accordingly, injunctive relief is appropriate.

53.    Plaintiff, on behalf of herself, all others similarly situated, and the general public, seeks restitution and disgorgement of all money obtained from plaintiff and the members of the Class collected as a result of unfair competition, an injunction prohibiting defendant from continuing such practices, corrective advertising and all other relief this Court deems appropriate, consistent with Business & Professions Code §17203.

## COUNT II

### Violations of the Consumers Legal Remedies Act –
### Civil Code §1750 *et seq.*

54.    Plaintiff repeats and realleges the allegations contained in the paragraphs above, as if fully set forth herein.

55.    Plaintiff brings this claim individually and on behalf of the Class.

56.    This cause of action is brought pursuant to the Consumers Legal Remedies Act, California Civil Code §1750, *et seq.* (the "Act").  Plaintiff is a consumer as defined by California Civil Code §1761(d).  SKECHERS Shape-ups® footwear are goods within the meaning of the Act.

BLOOD HURST & O'REARDON, LLP

00019300

14

57.    SKECHERS violated and continues to violate the Act by engaging in the following practices proscribed by California Civil Code §1770(a) in transactions with plaintiff and the Class which were intended to result in, and did result in, the sale of the Shape-ups®:

(5)    Representing that [Shape-ups® have] . . . approval, characteristics, . . . uses [or] benefits . . . which they do not have . . . .

*      *      *

(7)    Representing that [Shape-ups® are] of a particular standard, quality or grade . . . if they are of another.

*      *      *

(9)    Advertising goods . . . with intent not to sell them as advertised.

*      *      *

(16)    Representing that [Shape-ups® have] been supplied in accordance with a previous representation when [they have] not.

58.    SKECHERS violated the Act by representing through its advertisements the Shape-ups® as described above when it knew, or should have known, that the representations and advertisements were unsubstantiated, false and misleading.

59.    Pursuant to California Civil Code §1782(d), plaintiff and the Class seek a Court order enjoining the above-described wrongful acts and practices of defendant and for restitution and disgorgement.

60.    Pursuant to §1782 of the Act, by letter dated June 17, 2010, plaintiff notified defendant in writing by certified mail of the particular violations of §1770 of the Act and demanded that defendant rectify the problems associated with the actions detailed above and give notice to all affected consumers of its intent to so act.  A copy of the letter dated June 17, 2010, is attached as Exhibit B.

61.    If defendant fails to rectify or agree to rectify the problems associated with the actions detailed above or give notice to all affected consumers within 30 days of the date of

BLOOD HURST & O'REARDON, LLP

00019300

1    written notice pursuant to §1782 of the Act, plaintiff will amend this Complaint to add claims

2    for actual, punitive and statutory damages, as appropriate.

3      62. Defendant's conduct is malicious, fraudulent and wanton.

4    **COUNT III**

5    **Breach of Express Warranty**

6      63. Plaintiff repeats and realleges the allegations contained in the paragraphs

7    above, as if fully set forth herein.

8      64. Plaintiff brings this claim individually and on behalf of the Class.

9      65. Plaintiff, and each member of the Class, formed a contract with defendant at

10   the time plaintiff and the other members of the Class purchased the Shape-ups® footwear.

11   The terms of that contract include the promises and affirmations of fact made by SKECHERS

12   on its Shape-ups® packaging and through its marketing campaign, as described above.  This

13   product packaging and advertising constitutes express warranties, became part of the basis of

14   the bargain, and is part of a standardized contract between plaintiff and the members of the

15   Class on the one hand, and SKECHERS on the other.

16     66. All conditions precedent to SKECHERS' liability under this contract have

17   been performed by plaintiff and the Class.

18     67. SKECHERS breached the terms of this contract, including the express

19   warranties, with plaintiff and the Class by not providing the Shape-ups® footwear which

20   could provide the benefits described above.

21     68. As a result of SKECHERS' breach of its contract, plaintiff and the Class have

22   been damaged in the amount of the purchase price of the Shape-ups® footwear they

23   purchased.

24   **PRAYER FOR RELIEF**

25    Wherefore, plaintiff prays for a judgment:

26    A. Certifying the Class as requested herein;

27    B. Awarding plaintiff and the proposed Class members damages;

28

BLOOD HURST & O'REARDON, LLP

00019300

1        C.     Awarding restitution and disgorgement of SKECHERS' revenues to plaintiff

2    and the proposed Class members;

3        D.     Awarding declaratory and injunctive relief as permitted by law or equity,

4    including: enjoining defendant from continuing the unlawful practices as set forth herein, and

5    directing defendant to identify, with Court supervision, victims of its conduct and pay them

6    restitution and disgorgement of all monies acquired by defendant by means of any act or

7    practice declared by this Court to be wrongful;

8        E.     Ordering SKECHERS to engage in a corrective advertising campaign;

9        F.     Awarding attorneys' fees and costs; and

10       G.     Providing such further relief as may be just and proper.

11   **JURY DEMAND**

12   Plaintiff demands a trial by jury on all issues so triable.

13   Dated: June 17, 2010

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)

By: _____
      TIMOTHY G. BLOOD

600 B Street, Suite 1550
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
TODD D. CARPENTER (CA 234464)
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone:  619/756-7095
602/798-5860 (fax)
tcarpenter@bffb.com

BLOOD HURST & O'REARDON, LLP

00019300

17

1    BONNETT, FAIRBOURN, FRIEDMAN
        & BALINT, P.C.
2    ANDREW S. FRIEDMAN (AZ 005425)
     ELAINE A. RYAN (AZ 012870)
3    PATRICIA N. SYVERSON (CA 203111; AZ
     020191)
4    2901 N. Central Avenue, Suite 1000
     Phoenix, AZ  85012-3311
5    Telephone:  602/274-1100
     602/798-5860 (fax)
6    afriedman@bffb.com
     eryan@bffb.com
7    psyverson@bffb.com

8    Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLOOD HURST & O'REARDON, LLP

00019300

**EXHIBIT A**





 

**SKECHERS** Shape-ups
with Joe Montana
Shop this collection

 

Shape-ups by
**SKECHERS**
Shop this collection



Women's Slip-Resistant
Shape-ups for Work
Shop this collection



Men's Slip-Resistant
Shape-ups for Work
Shop this collection



**SKECHERS** Shape-ups
with Joe Montana
Shop this collection



Women's Shape-ups by
**SKECHERS**
Shop this collection

 

Women's Shape-ups XF
by **SKECHERS**
Shop this collection

 

**SKECHERS** Kids
Girl Power
Shop this collection

 

Men's Shape-ups by
**SKECHERS**
Shop this collection

  

Men's
**SKECHERS** Sport

 

Shape-ups by
**SKECHERS**
Shop this collection



Women's Shape-ups by
**SKECHERS**
Shop this collection



Women's Shape-ups by
**SKECHERS**
Shop this collection

 

Women's
**SKECHERS** Active
Shop this collection

 

Men's
**SKECHERS** Sport
Shop this collection

Men's
**SKECHERS** USA
Shop this collection





 **SKECHERS** Shape-ups with Joe Montana
Shop this collection


 Shape-ups by **SKECHERS**
Shop this collection


 Women's Slip-Resistant Shape-ups for Work
Shop this collection


 Men's Slip-Resistant Shape-ups for Work
Shop this collection


**SKECHERS** Shape-ups with Joe Montana
Shop this collection


Women's Shape-ups by **SKECHERS**
Shop this collection


 Women's Shape-ups XF by **SKECHERS**
Shop this collection


**SKECHERS** Kids Girl Power
Shop this collection


 Men's Shape-ups by **SKECHERS**
Shop this collection


Men's **SKECHERS** Sport


Shape-ups by **SKECHERS**
Shop this collection
 

Women's Shape-ups by **SKECHERS**
Shop this collection
 

Women's Shape-ups by **SKECHERS**
Shop this collection
 

Women's **SKECHERS** Active
Shop this collection
 

Men's **SKECHERS** Sport
Shop this collection
 

Men's **SKECHERS** USA
Shop this collection





**NOW VIEWING:** Women's Slip-Resistant Shape-ups for Work

**SKECHERS** PERFECT FOOTWEAR

## Shape-ups

### SLIP RESISTANT

### SHAPE UP WHILE YOU WORK

Designed to help:
- Protect against slippery surfaces
- Tone muscles
- Improve posture
- Reduce joint stress
- Burn more calories

Share your story at myshapeups.com

**Shop This Collection Now!**




SKECHERS Shape-ups
with Joe Montana
Shop this collection



Shape-ups by
SKECHERS
Shop this collection



Women's Slip-Resistant
Shape-ups for Work
Shop this collection



Men's Slip-Resistant
Shape-ups for Work
Shop this collection



SKECHERS Shape-ups
with Joe Montana
Shop this collection



Women's Shape-ups by
SKECHERS
Shop this collection



Women's Shape-ups XF
by SKECHERS
Shop this collection





SKECHERS Kids
Girl Power
Shop this collection



Men's Shape-ups by
SKECHERS
Shop this collection



Men's
SKECHERS Sport
Shop this collection



Shape-ups by
SKECHERS
Shop this collection



Women's Shape-ups by
SKECHERS
Shop this collection



Women's Shape-ups by
SKECHERS
Shop this collection



Women's
SKECHERS Active
Shop this collection



Men's
SKECHERS Sport
Shop this collection




Men's
SKECHERS USA
Shop this collection





**SKECHERS** Shape-ups
with Joe Montana
Shop this collection



Shape-ups by
**SKECHERS**
Shop this collection



Women's Slip-Resistant
Shape-ups for Work
Shop this collection



Men's Slip-Resistant
Shape-ups for Work
Shop this collection



**SKECHERS** Shape-ups
with Joe Montana
Shop this collection



Women's Shape-ups by
**SKECHERS**
Shop this collection



Women's Shape-ups XF
by **SKECHERS**
Shop this collection



**SKECHERS** Kids
Girl Power
Shop this collection



Men's Shape-ups by
**SKECHERS**
Shop this collection



Men's
**SKECHERS** Sport



Shape-ups by
**SKECHERS**
Shop this collection



Women's Shape-ups by
**SKECHERS**
Shop this collection



Women's Shape-ups by
**SKECHERS**
Shop this collection



Women's
**SKECHERS** Active
Shop this collection

Men's
**SKECHERS** Sport
Shop this collection

Men's
**SKECHERS** USA
Shop this collection



  **SKECHERS** Shape-ups
with Joe Montana
Shop this collection

  Shape-ups by
**SKECHERS**
Shop this collection

  Women's Slip-Resistant
Shape-ups for Work
Shop this collection

 Men's Slip-Resistant
Shape-ups for Work
Shop this collection

 **SKECHERS** Shape-ups
with Joe Montana
Shop this collection

  Women's Shape-ups by
**SKECHERS**
Shop this collection

  Women's Shape-ups XF
by **SKECHERS**
Shop this collection

   **SKECHERS** Kids
Girl Power
Shop this collection

   Men's Shape-ups by
**SKECHERS**
Shop this collection

  Men's
**SKECHERS** Sport
Shop this collection

  Shape-ups by
**SKECHERS**
Shop this collection

 Women's Shape-ups by
**SKECHERS**
Shop this collection

  Women's Shape-ups by
**SKECHERS**
Shop this collection

Women's
**SKECHERS** Active
Shop this collection

Men's
**SKECHERS** Sport
Shop this collection

  Men's
**SKECHERS** USA
Shop this collection





SKECHERS Shape-ups
with Joe Montana
Shop this collection



Shape-ups by
SKECHERS
Shop this collection



Women's Slip-Resistant
Shape-ups for Work
Shop this collection



Men's Slip-Resistant
Shape-ups for Work
Shop this collection



SKECHERS Shape-ups
with Joe Montana
Shop this collection



Women's Shape-ups by
SKECHERS
Shop this collection



Women's Shape-ups XF
by SKECHERS
Shop this collection



SKECHERS Kids
Girl Power
Shop this collection



Men's Shape-ups by
SKECHERS
Shop this collection



Men's
SKECHERS Sport



Shape-ups by
SKECHERS
Shop this collection



Women's Shape-ups by
SKECHERS
Shop this collection



Women's Shape-ups by
SKECHERS
Shop this collection



Women's
SKECHERS Active
Shop this collection



Men's
SKECHERS Sport
Shop this collection



Men's
SKECHERS USA
Shop this collection








**SKECHERS** Shape-ups
with Joe Montana
Shop this collection


Shape-ups by
**SKECHERS**
Shop this collection


Women's Slip-Resistant
Shape-ups for Work
Shop this collection


Men's Slip-Resistant
Shape-ups for Work
Shop this collection


**SKECHERS** Shape-ups
with Joe Montana
Shop this collection



Women's Shape-ups by
**SKECHERS**
Shop this collection


Women's Shape-ups XF
by **SKECHERS**
Shop this collection


**SKECHERS** Kids
Girl Power
Shop this collection


Men's Shape-ups by
**SKECHERS**
Shop this collection


Men's
**SKECHERS** Sport


Shape-ups by
**SKECHERS**
Shop this collection


Women's Shape-ups by
**SKECHERS**
Shop this collection


Women's Shape-ups by
**SKECHERS**
Shop this collection


Women's
**SKECHERS** Active
Shop this collection


Men's
**SKECHERS** Sport
Shop this collection


Men's
**SKECHERS** USA
Shop this collection













Women's
**SKECHERS** Active
Shop this collection

Men's
**SKECHERS** Sport
Shop this collection

Men's
**SKECHERS** USA
Shop this collection

Slip-Resistant Shape-ups
for Work
Shop this collection

**SKECHERS** Kids

**SKECHERS**
Slip-Resistant Footwear
Shop this collection

Women's Shape-ups by
**SKECHERS**
Shop this collection

**SKECHERS** Women's
Wedges
Shop this collection

**SKECHERS** Women's
Active Shoes
Shop this collection

**SKECHERS** Women's
Sneakers
Shop this collection

**SKECHERS** Men's
Casual Shoes
Shop this collection

**SKECHERS** Men's
Shoes
Shop this collection

**SKECHERS** Men's
Shoes
Shop this collection

**SKECHERS** Work
Shoes
Shop this collection








**SKECHERS** Times Square Store
New York City, New York
Shop this collection

**SKECHERS** Shape-ups at Harrods
London, England
Shop this collection



**SKECHERS** Shape-ups at Harrods
London, England
Shop this collection

**SKECHERS** Women's Footwear
on New York Buses
Shop this collection






NOW VIEWING: **SKECHERS** Times Square Store in New York City



# CHANGE YOUR LIFE BY WALKING IN *Shape-ups*



IMPROVES POSTURE

STRENGTHENS THE BACK

FIRMS BUTTOCKS MUSCLES

REDUCES CELLULIT AND TONES THIGHS

FIRMS CALF MUSCLES

IMPROVES BLOOD CIRCULATION

TIGHTENS ABDOMINAL MUSCLES

**Walking is a form of endurance exercise** which means it strengthens your heart, helps your lungs work more efficiently, and increases your stamina. Also a weight-bearing exercise, it helps strengthen your bones and muscles, and maintain joint flexibility.

**Shape Ups™ are designed to enhance the benefits of walking by stimulating muscles not utilized with standard walking shoes.** They also reduce the impact on joints by providing a more natural, forgiving walking surface. Walking on a soft surface may seem awkward at first but your body will compensate by activating muscles in your legs, buttocks, back and stomach to center your body, resulting in improved coordination and posture, stronger muscles, and increased blood flow.

Shape Ups will have a positive impact on you physically. Regular use of Shape Ups help you sleep better and can play an important role in combating stress. It's as easy as walking in Shape Ups.

***SHAPE UP WHILE YOU WALK™***

# BLOOD
# HURST &
# O'REARDON | LLP

600 B Street, Suite 1550 | San Diego, CA 92101
T | 619.338.1100  F | 619.338.1101
www.bholaw.com

Timothy G. Blood
tblood@bholaw.com

June 17, 2010

**VIA CERTIFIED MAIL (RETURN RECEIPT)**
**(RECEIPT NO. 7005 0390 0005 9156 2547)**

Mr. Robert Greenberg
Chairman of the Board and CEO
SKECHERS U.S.A., Inc.
228 Manhattan Beach Blvd.
Manhattan Beach, CA 90266

Re:    SKECHERS Shape-ups®

Dear Mr. Greenberg:

We represent Tamara Grabowski ("Plaintiff") and all other consumers similarly situated in an action against SKECHERS USA, Inc. ("SKECHERS" or "defendant"), arising out of, *inter alia*, misrepresentations by SKECHERS to consumers that SKECHERS Shape-ups® provide consumers with health benefits, including promoting weight-loss, improving posture, improving blood circulation, burning calories, strengthening various muscles, reducing stress on knees, legs and joints, and promoting sleep and reducing stress.

Plaintiff and others similarly situated purchased Shape-ups®, unaware of the fact that defendant's representations were not truthful and that there is no adequate scientific or clinical proof that Shape-ups® provide the purported major health benefits to all persons. The full claims, including the facts and circumstances surrounding these claims, are detailed in the Class Action Complaint, a copy of which is attached and incorporated by this reference.

These representations and omissions are false and misleading and constitute unfair methods of competition and unlawful, unfair, and fraudulent acts or practices, undertaken by defendants with the intent to result in the sale of Shape-ups® to the consuming public.

Defendant's practices constitute violations of the Consumers Legal Remedies Act, California Civil Code §1750 *et seq.*  Specifically, defendant's practices violate California Civil Code §1770(a) under, *inter alia*, the following subdivisions:

(5)    Representing that goods or services have . . .approval, characteristics, . . . uses [or] benefits . . . which they do not have . . . .

\* \* \*

(7)    Representing that goods or services are of a particular standard, quality or grade . . . if they are of another.

\* \* \*

(9)    Advertising goods or services with intent not to sell them as advertised.

00019349


**BLOOD HURST & O'REARDON | LLP**

Mr. Robert Greenberg
June 17, 2010
Page 2

\* \* \*

(16)   Representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not.

As detailed in the attached Complaint, defendant's practices also violate California Business and Professions Code §17200 *et seq.*, and constitute a breach of warranty.

While the Complaint constitutes sufficient notice of the claims asserted, pursuant to California Civil Code §1782 and California Commercial Code §2607, we hereby demand on behalf of our client and all others similarly situated that defendant immediately correct and rectify these violations by ceasing the misleading marketing campaign, ceasing dissemination of false and misleading information as described in the enclosed Complaint, and initiating a corrective advertising campaign to re-educate consumers regarding the truth of the products at issue.   In addition, SKECHERS must offer to refund the purchase price to all consumer purchasers of Shape-ups®, plus provide reimbursement for interest, costs, and fees.

We await your response.

Sincerely,

TIMOTHY G. BLOOD

TGB:rc

Enclosure

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TAMARA GRABOWSKI, On Behalf of Herself, All Others Similarly Situated and the General Public

**DEFENDANTS**
SKECHERS U.S.A., INC.

FILED
2010 JUN 18 AM 11: 20

(b) County of Residence of First Listed Plaintiff   San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Los Angeles, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
BY_____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Timothy G. Blood, Blood Hurst & O'Reardon, LLP
600 B Street, Ste. 1550, SanDiego, CA 92101 619/338-1100

Attorneys (If Known)

'10 CV 1300 JM   WVG

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 370 Other Fraud | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332(d)(W)
Brief description of cause:
Violation of Civil Code 1750, Bus. & Prof. Code 17200, Breach of Express Warranty

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 06/17/2010
SIGNATURE OF ATTORNEY OF RECORD
Timothy G. Blood

FOR OFFICE USE ONLY
RECEIPT # 1476   AMOUNT $350   APPLYING IFP   JUDGE   MAG. JUDGE
TB 06-18-10

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS014761
Cashier ID: mbain
Transaction Date: 06/18/2010
Payer Name: BLOOD HURST AND OREARDON
----------------------------------
CIVIL FILING FEE
 For: GRABOWSKI V SKECHERS
  Case/Party: D-CAS-3-10-CV-001300-001
  Amount:        $350.00
----------------------------------
CHECK
  Check/Money Order Num: 1185
  Amt Tendered:  $350.00
----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00


There will be a fee of $45.00
charged for any returned check.
```