THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: SKECHERS TONING SHOES PRODUCTS LIABILITY LITIGATION | MASTER FILE No. 3:11-MD-2308-TBR |
| | MDL No. 2308 |
| THIS DOCUMENT RELATES TO: | |
| Grabowski v. Skechers U.S.A. Inc., W.D. Ky., 3:12-CV-00204; | Honorable Thomas B. Russell |
| Morga v. Skechers U.S.A. Inc., W.D. Ky., 3:12-CV-00205; | |
| Hochberg v. Skechers U.S.A. Inc., W.D. Ky., 3:12-CV-00370; | |
| Loss v. Skechers U.S.A. Inc., W.D. Ky., 3:12-CV-00078; | |
| Stalker v. Skechers U.S.A. Inc., W.D. Ky., 3:12-CV-00263 | |

**FINAL ORDER CPFLWFIOGPV'APPROVING CLASS ACTION SETTLEMENT**

This motion for final approval, having been brought before the Court jointly by the Parties, the Parties having entered into a Settlement Agreement, with its attached exhibits (collectively, the "Settlement Agreement"), signed and filed with this Court on May 15, 2012, to settle *Grabowski v. Skechers U.S.A., Inc.*, No. 3:12-cv-00204 (W.D. Ky.) (the "Action"); and

The Court having entered an Order dated August 13, 2012 (the "Preliminary Approval Order"), preliminarily certifying the putative class in this action for settlement purposes only under Fed. R. Civ. P. 23(a) and (b)(3), ordering individual and publication notice to potential Class Members, scheduling a Fairness Hearing for March 19, 2013, providing potential Class Members with an opportunity either to exclude themselves from the settlement class or to object to the proposed settlement and issuing related Orders; and

The Court having held a Fairness Hearing on March 19, 2013 to determine whether to grant final approval of the proposed settlement and issue related relief; and

The Court having considered the papers submitted by the Parties and by all other persons who timely submitted papers in accordance with the Preliminary Approval Order, and having heard oral presentations by the Parties and all persons who complied with the Preliminary Approval Order, and based on all of the foregoing, together with this Court's familiarity with the Action, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1.      **Incorporation of Other Documents.**  This Final Order Approving Class Action Settlement incorporates and makes a part hereof:  (a) the Settlement Agreement, including all amendments and exhibits thereto, and definitions included therein, which was signed and filed with this Court on May 16, 2012; (b) the briefs, affidavits, declarations, and other materials filed in support of the settlement; (c) Class Counsel's and the other parties' request for an award of attorneys' fees and reimbursement of expenses; (d) the record at the Fairness Hearing; (e) the documents listed on the docket sheet or otherwise submitted to the Court; and (f) all prior proceedings in the Action.

2.      **Jurisdiction.**  Because due, adequate, and the best practicable notice has been disseminated and all potential Class Members have been given the opportunity to exclude themselves from or object to this class action settlement, the Court has personal jurisdiction over all Class Members (as defined below).  The Court has subject-matter jurisdiction over the claims asserted in the complaint and/or the Action pursuant to 28 U.S.C. §§ 1332, and 1367, including, without limitation, jurisdiction to approve the proposed settlement and the Settlement Agreement and all exhibits attached thereto, grant final certification to the Class, dismiss the Action on the merits and with prejudice and issue related orders.  The Court finds that venue is proper in this district pursuant to 28 U.S.C. § 1391.

3.     **Final Class Certification.**   The Class preliminarily certified by this Court is hereby finally certified for settlement purposes only under Fed. R. Civ. P. 23(a), (b)(3), and (c)(2), the Court finding that the Class fully satisfies all the applicable requirements of Fed. R. Civ. P. 23 and due process.   The Class shall consist of all persons or entities that, during the Class Period, August 1, 2008 to August 13, 2012 inclusive, purchased in the United States any Eligible Shoes.  Excluded from the Class are:  (a)  Skechers' Board members or executive-level officers, including its attorneys; (b) persons or entities who purchased the Eligible Shoes primarily for the purpose of resale; (c) retailers or re-sellers of Eligible Shoes; (d) governmental entities; (e) the persons or entities listed on Exhibit A attached hereto who or which timely and properly excluded themselves from the Class as provided in the Settlement Agreement; and (f) persons or entities who purchased the Eligible Shoes via the Internet or other remote means while not residing in the United States.

4.     **Requests for Exclusion**.   The Court finds that only those persons and entities listed in Exhibit A to the Affidavit of Caroline Barazesh of the Class Action Settlement Administrator and filed with the Court have submitted timely and valid requests for exclusion from the Class and are therefore not bound by this Final Order and accompanying Final Judgment.  Because Exhibit A, found at Docket Number 931-1, contains indentifying personal information, it has been sealed by order of the Court.  A redacted version of Exhibit A, listing names only, is attached hereto as Exhbit A.  The redacted Exhibit A lists the persons or entities who submitted timely and valid requests for exclusion from the Class.  Class Counsel and Skechers' Counsel may mutually agree to allow additional Class Members to exclude themselves or to withdraw their exclusion requests by filing an appropriate notice with the Court.

5.     **Adequacy of Representation**.  Class Plaintiff Tamara Grabowski has adequately represented the Settlement Class for purposes of entering into and implementing the settlement.  Timothy G. Blood, of Blood Hurst & O'Reardon, LLP; and Janine L. Pollack, of Milberg LLP;

are experienced and adequate Class Counsel.  Class Plaintiff and Class Counsel have satisfied the requirements of Fed. R. Civ. P. 23(a)(4), and 23(g).

6.      **Class Notice**.  The Court finds that the dissemination of the Class Notice, the publication of the Summary Settlement Notice, the establishment of a website containing settlement-related materials, the establishment of a toll-free telephone number, and all other notice methods set forth in the Settlement Agreement and the Notice Administrator's Declaration and the notice dissemination methodology implemented pursuant to the Settlement Agreement and this Court's Preliminary Approval Order, as described in the Notice Administrator's Declaration, a copy of which is incorporated herein and made a part hereof:

a.      constituted the best practicable notice to Class Members under the circumstances of the Action;

b.      constituted notice that was reasonably calculated, under the circumstances, to apprise Class Members of (i) the pendency of this action; (ii) the terms of the proposed settlement; (iii) their rights under the proposed settlement; (iv) their right to exclude themselves from the Class and the proposed settlement; (v) their right to object to any aspect of the proposed settlement (including, but not limited to, final certification of the settlement class, the fairness, reasonableness or adequacy of the proposed settlement, the adequacy of the Class's representation by Plaintiff or Class Counsel and/or the award of attorneys' fees); (vi) their right to appear at the Fairness Hearing – either on their own or through counsel hired at their own expense – if they did not exclude themselves from the Class; and (vii) the binding effect of the Orders and Judgment in this action, whether

favorable or unfavorable, on all persons who did not request exclusion from the Class;

c.     constituted notice that was reasonable, due, adequate, and sufficient notice to all persons and entities entitled to be provided with notice; and

d.     constituted notice that met all applicable requirements of the Federal Rules of Civil Procedure, 28 U.S.C. § 1715, the Due Process Clause of the United States Constitution, and any other applicable law, as well as complied with the Federal Judicial Center's illustrative class action notices.

7.    **Final Settlement Approval.**   The terms and provisions of the proposed settlement and Settlement Agreement, including all exhibits, have been entered into in good faith and are hereby fully and finally approved as fair, reasonable, and adequate as to, and in the best interests of, each of the Parties and the Class Members, and in full compliance with all applicable requirements of the Federal Rules of Civil Procedure, the Class Action Fairness Act (P.L. 109-2), the United States Constitution (including the Due Process Clause), and any other applicable law. The settlement is approved and all objections to the settlement are overruled as without merit. The Parties and Class Members are hereby directed to implement and consummate the Settlement Agreement according to its terms and provisions.  Class Counsel shall take all steps necessary and appropriate to provide Class Members with the benefits to which they are entitled under the terms of the Settlement Agreement.

8.    **Early Payment.**  Skechers is hereby authorized in its sole discretion, and without requiring further approval of this Court, to commence payments under the Settlement Agreement before the Final Settlement Date (as defined in the Settlement Agreement).

9.      **Binding Effect.**  The terms of the Settlement Agreement and of this Final Order and the accompanying Final Judgment shall be forever binding on Plaintiff, Skechers and all Class Members, as well as their heirs, executors and administrators, predecessors, successors and assigns, and those terms shall have *res judicata* and other preclusive effect in all pending and future claims, lawsuits or other proceedings maintained by or on behalf of any such persons, to the extent those claims, lawsuits or other proceedings involve matters that were or could have been raised in the Action or are otherwise encompassed by the Release.

10.     **Release.**  The following Release, which is also set forth in Section VIII of the Settlement Agreement, is expressly incorporated herein in all respects, including all defined terms used therein, is effective as of the date of this Final Order and the accompanying Final Judgment, and forever discharges the Released Parties from any claims or liabilities arising from or related to the Release:

1)      In consideration for the Settlement benefits described in this Agreement, Plaintiffs and the other members of the Class, on behalf of themselves, their heirs, guardians, assigns, executors, administrators, predecessors, and/or successors, will fully, finally and forever release, relinquish, acquit, and discharge the Released Parties from, and shall not now or hereafter institute, maintain, or assert on their own behalf, on behalf of the Class or on behalf of any other person or entity, from any and all manner of claims, actions, causes of action, suits, rights, debts, sums of money, payments, obligations, reckonings, contracts, agreements, executions, promises, damages, liens, judgments and demands of whatever kind, type or nature whatsoever, both at law and in equity, whether past, present or future, mature or not yet mature, known or unknown, suspected or unsuspected, contingent or non-contingent, whether based on federal, state or local law, statute, ordinance, regulation, code, contract, common law, or any other source, or any claim that Plaintiff Grabowski or Class Members ever had, now have, may have, or hereafter can, shall or may ever have against the Released Parties that were or reasonably could have been alleged in the Action or in any other court, tribunal, arbitration panel, commission, agency, or before any governmental and/or administrative body, or any other adjudicatory body, on the basis of, connected with, arising from or in any way whatsoever relating to claims that were or reasonably could have been alleged in the Action, including, but without in any way limiting the generality of the foregoing, arising from, directly or indirectly, or in any way whatsoever pertaining or relating to (1) the claims alleged in the Action, (2) any

- 6 -

communications, disclosures, nondisclosures, representations, statements, claims, omissions, warnings, messaging, design, testing, marketing, advertising, promotion, packaging, displays, brochures, studies, manufacture, distribution, operation, performance, functionality, notification, providing, offering, dissemination, replacement, sale and/or resale by the Released Parties of the Eligible Shoes; (3) any claims for rescission, restitution or unjust enrichment for all damages of any kind; (4) violations of any state's deceptive, unlawful and/or unfair business and/or trade practices, false, misleading or fraudulent advertising, consumer fraud and/or consumer protection statutes; (5) any violation of the Uniform Commercial Code, any breaches of express, implied and/or any other warranties, any similar federal, state or local statutes, codes; or (6) damages, costs, expenses, extra-contractual damages, compensatory damages, exemplary damages, special damages, penalties, punitive damages and/or damage multipliers, disgorgement, declaratory relief, expenses, interest, and/or attorneys' fees and costs.

2)      Notwithstanding the language in this section and/or this Agreement, the members of the Class, other than Plaintiffs, are not releasing any claims of or relating to personal injury.

3)      Plaintiff Grabowski represents and warrants that she is the sole and exclusive owner of all claims that she personally is releasing under this Agreement.  Plaintiff Grabowski further acknowledges that she has not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or claim arising out of or in any way whatsoever pertaining to the Action, and that Plaintiff Grabowski is not aware of anyone other than herself claiming any interest, in whole or in part, in the Action or in any benefits, proceeds or values under the Action on her behalf.

4)      Without in any way limiting its scope, and, except to the extent otherwise specified in the Agreement, this Release covers by example and without limitation, any and all claims for attorneys' fees, costs, expert fees, or consultant fees, interest, or litigation fees, costs or any other fees, costs, and/or disbursements incurred by Plaintiffs' Counsel, or by Plaintiff Grabowski or the Class Members for which the Released Parties may be liable.

5)      Plaintiff Grabowski expressly understands and acknowledges, and all Class Members will be deemed by the Final Order and Final Judgment to acknowledge, that certain principles of law, including, but not limited to, **Section 1542 of the Civil Code of the State of California, provide that "a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**  To the extent that anyone might argue that these principles of law are applicable, Plaintiff Grabowski hereby agrees that the provisions of all such principles of law or similar federal or state laws, rights, rules, or legal principles,

to the extent they are found to be applicable herein, are hereby knowingly and voluntarily waived, relinquished and released by Plaintiff Grabowski and all Class Members.

6)      The Parties shall be deemed to have agreed that the Release set forth herein will be and may be raised as a complete defense to and will preclude any action or proceeding based on the claims released by and through this Agreement.

7)      Nothing in this Release shall preclude any action to enforce the terms of the Agreement, including participation in any of the processes detailed therein.

8)      Plaintiff Grabowski and Defendant hereby agree and acknowledge that the provisions of this Release together constitute an essential and material term of the Agreement and shall be included in any Final Order and Final Judgment entered by the Court.

11.    **Permanent Injunction.**  All Class Members and/or their representatives who have not been timely excluded from the Class are hereby permanently barred and enjoined from bringing, filing, commencing, prosecuting, maintaining, intervening in, participating in, continuing or receiving any benefits from, as class members or otherwise, any lawsuit (including putative class actions), arbitration, administrative, regulatory or other proceeding in any jurisdiction that is covered by the Release.  All Class Members and all persons in active concert or participation with Class Members, and all persons who have opted to exclude themselves from the Class, are permanently barred and enjoined from organizing or soliciting the participation of any Class Members or those persons who have opted to exclude themselves from the Class into a separate class or group for purposes of pursuing a putative class action in any jurisdiction that is covered by the Release.  Pursuant to 28 U.S.C. §§ 1651(a) and 2283, the Court finds that issuance of this permanent injunction is necessary and appropriate in aid of the Court's continuing jurisdiction and authority over the Action.

12.    **Enforcement of Settlement.**  Nothing in this Final Order or in the accompanying Final Judgment shall preclude any action to enforce the terms of the Settlement Agreement; nor

shall anything in this Final Order or in the accompanying Final Judgment preclude Plaintiff or other Class Members from participating in the Claim Process described in the Settlement Agreement if they are entitled to do so under the terms of the Settlement Agreement.

13.  **Attorneys' Fees and Expenses.**  Class Counsel and other counsel purported to represent the Class or its members applied to the Court for awards of attorneys' fees and expenses.  Attorneys' fees and expenses were awarded only to those attorneys demonstrating that their efforts resulted in a benefit to the Class.   The Court awards attorneys' fees and expenses as follows: 1) to counsel for *Grabowski* (3:12-CV-00204 (W.D. Ky. 2012)), as Class Counsel, - $4,321,710.00; 2) to counsel in *Loss* (3:12-CV-00078 (W.D. Ky. 2012)) - $75,500.00 3) to counsel in *Hochberg* (3:12-CV-00370 (W.D. Ky. 2012)) - $335,000.00; and 4) to counsel in *Stalker* (3:12-CV-00263 (W.D. Ky. 2012) - $267,790.00.  These amounts are fair and reasonable, pursuant to Fed. R. Civ. P. 23(h) and are in accordance with the terms of the Settlement Agreement.  The Court finds that the above stated awards of attorneys' fees are fair and reasonable in consideration of, among other things, the efforts of counsel and the settlement they achieved for the Class, and that the amount of expenses is reasonable and were reasonably incurred in the course of the litigation.  All objections to Class Counsel's request for an award of attorneys' fees and reimbursement of expenses are hereby overruled.

14.  **Incentive Awards.**  The Court hereby awards $2,500 each to the Plaintiff Tamara Grabowski and to plaintiff Venus Morga, as incentive awards in their capacities as a representative Plaintiff in the Action and as plaintiff in the *Morga* Action (No. 3:12-cv-00205 (W.D. Ky.)), respectively.

15.  **No Other Payments.**  The preceding two paragraphs of this Final Order cover, without limitation, any and all claims against the Released Parties for attorneys' fees and expenses, costs or disbursements incurred by Class Counsel or any other counsel representing or purporting to represent Plaintiffs, the Class, or Class Members, or incurred by Plaintiffs or the Class Members, or any of them, in connection with or related in any manner to the Action, the

settlement of the Action, the administration of such settlement, and/or the Release, except to the extent otherwise specified in this Final Order and accompanying Final Judgment and the Settlement Agreement.   Plaintiffs are not precluded from seeking attorneys' fees, expenses, costs, or disbursements from an objecting Class Member or his or her counsel (and not Skechers or its counsel) in connection with an appeal filed by an objecting Class Member.

16.   **Modification of Settlement Agreement.**   The Parties are hereby authorized, without needing further approval from the Court, to agree to and adopt such amendments to, and modifications and expansions of, the Settlement Agreement, and all exhibits attached, as are consistent with this Final Order and the accompanying Final Judgment and do not limit the rights of Class Members under the Settlement Agreement.

17.   **Retention of Jurisdiction.**   The Court has jurisdiction to enter this Final Order and the accompanying Final Judgment.   Without in any way affecting the finality of this Final Order and/or the accompanying Final Judgment, this Court expressly retains jurisdiction as to all matters relating to the administration, consummation, enforcement and interpretation of the Settlement Agreement and of this Final Order and the accompanying Final Judgment, and for any other necessary purpose, including, without limitation:

a.   enforcing the terms and conditions of the Settlement Agreement and resolving any disputes, claims or causes of action that, in whole or in part, are related to or arise out of the Settlement Agreement, this Final Order or the accompanying Final Judgment (including, without limitation, whether a person or entity is or is not a Class Member; and whether claims or causes of action allegedly related to this case are or are not barred by this Final Order and the accompanying Final Judgment);

  b.  entering such additional Orders as may be necessary or appropriate to protect or effectuate this Final Order and the accompanying Final Judgment, dismissing all claims on the merits and with prejudice, and permanently enjoining Class Members from initiating or pursuing related proceedings, or to ensure the fair and orderly administration of this settlement; and

  c.  entering any other necessary or appropriate Orders to protect and effectuate this Court's retention of continuing jurisdiction; provided, however, that nothing in this paragraph is intended to restrict the ability of the Parties to exercise their rights under paragraphs 8 and 16 or as otherwise provided in the Settlement Agreement.

  18.  **No Admissions.**  Neither this Final Order, the accompanying Final Judgment nor the Settlement Agreement (nor any other document referred to herein, nor any action taken to carry out this Final Order or the accompanying Final Judgment) is, may be construed as, or may be used as an admission or concession by or against Skechers or Released Parties of the validity of any claim or defense or any actual or potential fault, wrongdoing or liability whatsoever Skechers continues to deny that the Action meets the requisites for class certification under Fed. R. Civ. P. 23 for any purpose other than settlement. Entering into or carrying out the Settlement Agreement, and any negotiations or proceedings related to it, shall not in any event be construed as, or deemed evidence of, an admission or concession as to Skechers' denials or defenses and shall not be offered or received in evidence in any action or proceeding against any Party hereto in any court, administrative agency or other tribunal for any purpose whatsoever, except as evidence of the settlement or to enforce the provisions of this Final Order and the accompanying

Final Judgment and the Settlement Agreement; <u>provided, however</u>, that this Final Order, the accompanying Final Judgment and the Settlement Agreement may be filed in any action against or by Skechers or Released Parties to support a defense of *res judicata*, collateral estoppel, release, waiver, good-faith settlement, judgment bar or reduction, full faith and credit, or any other theory of claim preclusion, issue preclusion or similar defense or counterclaim.

19.    **Dismissal of Action.**    The Action (including all individual and Class claims presented therein) are hereby dismissed on the merits and with prejudice, without fees or costs to any Party except as otherwise provided in this Hpcn"Order"cpf Judgment and vj g"Ugwrgo gpv Cgreement.

**IT IS SO ORDERED.**

**EXHIBIT A - Persons or Entities Opting-Out of Settlement**

**Grabowski v Skechers USA List of Valid and Timely EXCLUSIONS**

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| BETTANIN, CYNTHIA | | | | |
| HERNANDEZ, HECTOR | | | | |
| BORK, AMETHYST | | | | |
| PASQUALONE, LISA | | | | |
| ELSTON, JOYCE | | | | |
| DEMAREST, WILLIAM | | | | |
| GREEN, TAMMY | | | | |
| HESTER, DONNA | | | | |
| MAHONEY, BREEANN | | | | |
| BACON, FRANCES | | | | |
| GALLAGHER, CYNTHIA | | | | |
| MILLER, SHELLIE | | | | |
| GREEN, PAMELA | | | | |
| CALHOUN, ROSETTA | | | | |
| CARRIGAN, NANCY | | | | |
| LUCE, DEBORAH | | | | |
| PERKINS MOSS | | | | |
| PRIMES, GINA | | | | |
| HARRISON, AMALIA | | | | |
| BEDNARKIEWICZ, DONNA | | | | |
| HUNTER, ANNETTE | | | | |
| NYE, TIM | | | | |
| LUSK, JANE | | | | |
| MEGUERDITCHIAN, TAMAR | | | | |
| WILLIAMS, MARY JO | | | | |
| SIMS, MASHELLE | | | | |
| DAVIS, GAIL | | | | |
| WAUGH, KATHRYN | | | | |
| LESZCZYNSKI, JOLANTA | | | | |
| SMITH, BRIDGET | | | | |
| DALLY, GARY | | | | |
| WILSON, SHERRILL | | | | |
| ROSS, ELAINE | | | | |
| PHILLIPS, MARY | | | | |
| SUTTON, JOLEEN | | | | |
| ORNELAS, HELEN | | | | |
| LYONS-GUNKEL, LORI | | | | |
| EVERETT-ALCORN | | | | |
| FONDREN, JANET | | | | |
| HOOD, VANESSA | | | | |
| PARR, IVON | | | | |
| SCHMIDT, CAROLINE | | | | |
| LAWHORN, MARY | | | | |
| HOARD-OKEKE, ZAKIYA | | | | |
| MCGONIGAL | | | | |
| MEINYK, KATHERINE | | | | |
| GALLAGHER, LINDA | | | | |
| BAKER, LEAH | | | | |
| LESTER, SHEILA | | | | |
| WEST-CRUMP, MARTHA | | | | |
| SCHUHMACHER, DEBRA | | | | |
| ISGITT, RICKY | | | | |
| SINVILLE, JOVANNA | | | | |

CHADWICK, REBEKAH
LEONARD, KIMBERLY
KENNEDY, LISA
AULTOWSKI, DANIELLE
LARSON, LESLIE
BADAME, PHILIP
BAILEY, NANCY
BOOKER, SHARON
ROTHROCK, WILLIAM
PARKS, KATHY
CARSO, KIMBERLY
KAAHAAINA
EGGEMAN, DOROTHY
BARE, KIMBERLY
LAWSON, STONEY
TEMPLE, PATRICIA
SZPARAGA, MAIREAD
KROL, LINDA
LEWIS, EQUILLA
KELLER, WILMA
HECKELER, CAROL
GRAY, ANDRE
KOLBY, MARGARET
KAMPAN, DENISE
BROWN, MARIANE
BLANKENSHIP, KATHERINE
GILLIS, DEBBIE
FOUNTAINE, ROSETTA
OWENS, SUSAN
MONTGOMERY, CINDY
LIFFICK, CHEROLL
COX, JACKIE
ESPELAND, KAREN
LUND, SUSAN
YAGI, MARILYN
FREISINGER, JOYCE
GILLIAM, MICHELLE
MCCULLOUGH, ANNETTE
MACK, KATHERINE
CHISM, JEANETTE
THOMPSON, BRENDA
KELLY, KATHLEEN
HOLT, JAMIE
WOODS, LINDA
EARLEYWINE, KARLY
KILGORE, LYNN
LODEN, ROSEMARY
LUSHER, FANNIE
MCKINLEY, RICHARD
REID, PATRICIA
BARNES, CHUCK
SMITH, CHRISTINE
MALONEY, ROSE
MECHELE, PARKER
BROCK, JUDITH
TIETJEN, LAURIE

PAIGE, AMANDA
SNYDER, DENISE
ZIEBARTH, CHRISTIAN
BOGGAN, LEANDRA
HARREL, VICKIE
DAVIDSON, MEREDITH
HIGGINS, SUZANNE
COYLE, PAULA
SEENEY, ELIZABETH
LIN, QIU YING
PECK, RHONDA
YOUNGKER, LINDA
ROMERO, CATHERINE
FINORIO, PAULINO
WINGATE, TRICIA
MORIN, DENISE
MOSHOLDER, MARLA
WELLS, NANCY
MCEWEN-ADKINS, JEANETTE
ZAUCHA, JOETTE
STEVENSON, ROBYN
SMITH, SUSAN
SERRATORE, DONNA
ADKINS, MARY
HANDSCHUH, LORRAINE
SAMUELS, ROXANNE
GEARY, JENNA
BEVERLY, JEFFERY
MARICLE, KAREN
CARLSON, MARSHA
SHARROCK, JAMES
CONTE, SANDRA
LIPPINCOTT, VIOLET
RHEAMS, JACQUELINE
GIRVAN, JERRY
BAGLEY, CHRISTINE
CAMPBELL, BARBRA
ODY, SHARON
NEUMAN, DIANE
MILLER, JANET
RUDD, LORNA
DEKREY, KATHLEEN
LOUALLEN, LISA
GOODLETT, CHRISTY
SHEPARDSON, JUNI
PENNINGTON, RONDA
BURNS, CARLA
VILLAFLOR, CARLA
NORRIS, JAN
HAGUE, PATRICIA
CERVANTES, L.
ZARR, DENNIS
GRAY, FRED
STATLER, VICTORIA
RUBBERT, HOLLY
ELLIS, MARGARET

HADLEY, JOYCE
JENKINS, DONNIE
COPLAN, SHERRI
ERICKSON, DEBRA
YENKO, JAYNE
BARAJAS, GAYLE
STRICKER, DAVID K.
PEPPER, REBECCA
BARNES, BEATRICE
MARTINDALE, DONNA
BURGE, MARY
STULTZ, SANDRA
CHAMPAGNE, KAREN
QUINONEZ, GENEVIEVE
KENNEDY, MELYNDA
NOONE, CHRISTINE
LA DUE, MARY
WILSON, PATRICIA
LEONE, CHARLOTTE
ARSTARK, CONNIE
SUMMERVILLE, JACQUELINE
GABRUS, MICHAEL
DUDLEY, JULIA
HART, ANN
HERTEL, JUDY
KERBY, CHEVIE
HOLT, DENNIS
ROUSE, LORRIE
TRENT, DONNA
UNDERWOOD, APRIL
VANDERGRIFF, VIRGINIA
LOVSTON, TERENA
HARPER, LEONA
DOWERY, DORA MAY
ROBINSON, MARTHA JANE
SHARROW, LINDA
MILNER, TERESA
REILLY, PATRICK
WALTON, SHARON
CORCORAN, WANDA
PERKINS, DENISE
COSTANZO, LAURA
RHODES, LINDA
HAND, MARY BETH
DOGGE, JOAN
MITCHELL, PAMELA
SHUMAKER, JOHNNIE
PARKER, LIZA
CANNON, DEBORAH
CANIK, JOHN
BUTTERBAUGH, CHRISTINE
BUSH, ROBYN
BURCHETT, DIMITRA
BREITLING, DIANNE
BRADEN, CLARICE
BLOOMER, DEBORAH

BERRY, JEANNE
BURTON, JEAN
BENEDICT, WILMA
BLACKWELL, CONSTANCE
BELL, KEITH
BEECH, EDDIE
BELARDO, GERALDINE
BATES, DESERA
BARTOLI, LUCIA
BARRECA, ALLAN
BARNETT, TYRONE
BAKER, DONNA
AVALLONE, ANGELA
AUSTIN, ANGELA
ARREDONDO, JULIE
APPLEKAMP, YVETTE
ANDERSON, DEBRA
ANGELSON - WELCH, DANIELLE
ADAMS, KAREN
ALEX, ROSEMARY
DIGGS, JENNIFER
DEWITT, GINGER
DENNIS, CANDICE
DEMMY, RONA
DAVIS, HELEN
DAVIS, ROY
DARDEN, PATRICIA
CUNNINGHAM, LAURA
CURRERI, KAREN
COX, LINDA
COSTELLO, DIANE
CORDOVA, LUZ
COPPEDGE, RHONDA
COOK, JENNIFER
COLE, DELORISE
COLICH, KELLY
COHEN, NADINE
COCHRAN, KAREN
CLERICI, LESLIE
CLARK, DIANA
CLARK, CHRYSTAL
CINGNER, TERRY
CHAMPION, SANDRA
CHISOLM, SARAH
CATELLA, KRISTEN
CHADWICK, MARCELLA
CASSIDY, TERESA
CARPENTIER, TOMMY
GREEN, MARY
GRASSSO, MARIE
GRAHAM, FRANCES
GOOLSBY, JEAN
GORDON, KAREN
GOODE, JERRY
GLUCK, LORI
GLICKSMAN, TERRI

GARRETT, SHARON
GILBERT, WANDA
GARCIA, EUGENE
FRALEY, JAMES
FUGATE, TONI
FORREST, PAM
KUYKENDALL, HELEN
FORBUSH, CARISSA
FISHER, RUBYE
FENIMORE, JENNIFER
FARETTA, HELEN
FEINSTEIN, LOUIS
ERAMBERT, MARTHA
ELLIOTT, ANDRIA
EDDY, ANGIE
DUNCAN, SANDRA
DONLAGIC, EMINA
DILLINGHAM, NOELIA
DONAHUE, BRENDA
MAGALLANES, TOMMY
MADRY, HENRIETTA
LUISI, DIANE
LOSITO, LISA
LORINCZ, ELLYN
LOMBARDI, PHYLLIS
LILLY, LINDA
LIETAERT, ANNMARIE
LETTMAN-MCLAREN, NICOLE
LENOIR, NIKISHA
LEAMOND, JEFFREY
LEBRANE, BETTYE
LATIMER, RYAN
LARKIN, OMEGA
LANNING, CLARA
LANGLEY, MARCEL
KVINSLAD, PHYLLIS
KUHAR, MARY
KYTE, HEATHER
KUKULKA-STONE, KATHLEEN
KRONENGOLD, BARBARA
KREGER, JOHN
KOMATSU, DEBRA
KLINGSHIRM, PAUL
KITT, JENNIFER
PARKER-VALENTINE, CHRISTY
PARK, WALTER
PARILLO, EVELYN
PALMER, KAREN
NUARA, JOANN
OSTEEN, CASEY
OAKS, MELISSA
NELSON, JANICE
MUELLER, KATHLEEN
NOLAN, TERRY
MORINELLI, JUDY
MORGESON-RICHEY, KAREN

MOORE, MISTY
MINGSING, THONGSOUK (THOMAS)

MILLER, SARAH
MERLANO, LYLE
MILLARD, JAMES
MCWRIGHT, RICHARD
MCQUEEN, BARBARA
MCMAINS, JO ANNE
MCKINZIE, DANNY
MCKEE, GREG
MCGREGOR, FREDINA
MCGAUNN, JACKIE
MCELWANEY, CYNTHIA
MCCRAY, BECKY
MCCOY, JACKIE
MAVIS, SHARON
SKIMEHORN, RITA
SKROBIAK, KATHERINE
SHIREY, APRIL
SHANNON, LORETTA
SHULTZ, DANIELLE
MAUDIN, MARGARET
SCOTT, PAULA
SCHMIDT, KATHY
SCHWARTZ, NANCY
RYAN, GWEN
SAUNDERS, BETTIE
ROBERTS, PATRICIA
SANFORD, MARY
RICHARDSON, CAROL
REINIER, SHARON
REEDER, FELICIA
REEDER, JOAN
REDONDO, RUTH
RANKIN, DOMINHILE
POTTS, TAMMY
PUCKETT, ANGELA
POTTER, SANDY
PTERSON, JULIA
PHILLIPS, CRYSTAL
PERKINS, PATRICIA
PAYNE, SHARON
MATHIS, NANCY
MASSIE, CHARLES
MARTIN, CYNTHIA
WIGGINS, KORI
MAIDEN, LISA
WEST-WHITMAN, MAE
WEIBURG, JANET
WARD, JOAN
WATERS, DELORES
VERNON, GRETA
VERNON, RICHARD
VEASLEY, LAWNEETTA
VARGAS, IRASEMA

VAZQUEZ, EURIDICE
VANDERSTEL, MARCIA
TURPIN, DAWN
THORNE, BARBARA
TORRES, SUSAN
THOMPSON, PATRICIA
THOMAS, JEFF
THOMPSON, FELICIA
TEGAY, MELODIE
TAYLOR, SAVANNAH
TAIT-SAIN, YOLANDA
STOCKTON, CAROL
STEVENSON, SHIRLEY
SNIDER, CHERRY
SNODGRASS, KAREN
SMITH, STEPHEN
SMITH, MARIANNE
SMITH, BECKY
ZORNES, KAREN
SLEMMER, CINDY
YOUNG, LINDA
YARBROUGH, JANIE
WISNIEWSKI, MICHELLE
WILSON, LAKESHA
WILSON, BARRY
WILLIAMS, JOANNA
WILLIAMS, EULA
WILSON, LINDA
WACKERMAN, BONNIE
WHISLER, JENNIFER
VILLANUEVA, LORI
WAGNER, BRANDON
KING, RHEA
KIRVEN-PRAYER, CANDACE
JONES, TAMMY
JULIUS, CAROLYN
JOHNSON, ANTOINETTE
KELTY, ROBERT
JOHNS, JOAN
JOHNSTON, SHEREE
JIRON, TYANNA
JACOBS, LINDA
JAMES, DONNA
JACKSON III, ARCHIE
HODGE-POOL, ANGELA
HUGHES, SHANNON
HUMPHRIES, KIM
HUTCHINSON, CINDI
HIGGINBOTHAN, KAREN
HUDSON, SANDRA
HENNESSEY, WENDY
HEAD, LADONNA
HESS, LINDA
HAYES, LINDA
HAVEN, JUDY
HARRIS, MARGARET

HARVILLE, LISA
HARMON, GRETCHEN
HAREZLAK, HANNA
HARDEN, FELECIA
HAMMOND, TIMOTHY
HADLEY, DEBBIE
GROVE, NANCY
HAMMOND, CONNIE
SCOVIL, MICHELE
STRICKLAND, SANDRA
BLAIR, WEST
BLACKMON, WILLIE
BENNETT, RONNIE
BAXTER, MANDY
BATES, JAMES
BARRETT, LUCILLE
BAGSBY, REGINA
BROWN, PEARL
BROWN, JANICE
BARCENAS, MARY
BAKER, CHRISTA
BARNES, VICTORIA
BENSON, SHELIA
BEDWELL, KATIE
BENSON, BARBARA
BOARDS, JOANN
BATES, PHYLLIS
BROWN, WESLEY
BROWN, VERA
BAROS, RUBINA
BERRY, LISA
BLACK, MARY
BRADFORD, JEANETTE
ANDERSON, TANIKA
ARNOLD, PATRICIA
ABARE, LISA
AUSTIN, PAUL
ABEE, CAROLYN
ADDISON, TONYA
ATKINSON, ANGEL
AUTREY, BARBARA
ARRABITO, LISA
ANDERSON, LORETHA
AMSEL, FREDA
AMMONS, LORETTA
AMBROSINI, MARIA
AMES, JUDITH
ALYEA, KAREN
ALLEN, MARION
ALECK, GERALDINE
ADKINS, HAROLD
ADAMS, WILLIE
ADAMS, DANNY
ARMSTEAD, TAWANDA
ANDERSON, LOIS
CAPPS, TYNA

CAMPBELL, DENISE
CAPP, JOSEPHINE
CAMANA, ROSA
CARRIGAN, CYNTHIA
CARTER, DEBRA
CASE-WATERFIELD, CHERYL
COUNTS, LINDA
CURTIS, RACHEAL
CORBINS, SARAH
CAMPOS, ANGELITA
CHIPPS, DONNA
CASTLEBERRY, DIANNA
COTTA, RHONDA
CARSON, CORRIE
BROWN, LILLIAN
BUIE, LINDA
BRADY, ANGELA
BRAKER, TRINA
BURGESS, PENNY
BLANFORD, CAROLYN
BURKE, LINDSEY
BOUNDS, BARBARA
BLANK, JAY
BROWN, SHELENA
BIRD, MARY RACHEL
BROWN, VICTORIA
BOWEN, TRINA
BENJAMIN, VIOLET
BOHLSEN, CYNTHIA
BOLLINGER, CONNIE
BURKS-MCLAUGHLIN, RAMONDA
BRIGNONI, NANCY
BURCH, BONITA
BUTLER, SANDRA
BURKS, SHARON
BUSTAMANTE, LEONARD
BUCKLEY, SHERRY
BROWNLEE, BONNIE
BROWN, HAROLYN
BROWN, LISA
BROWN, ANNIE
BROOKHART, LORI
BRIGGS, CHRISTINE
DAU, TRINA
DAVIDSON, TILONNIE
DAWSON, VERSHANN
DAVIS, DIANNA
DEFEDERICIS, KELLY
DEATON, ELENE
DUNCAN, BECKIE
DAVIS, KRISTINE
DARENSBOURG, JOSEPH
COLLINS, BARBARA
CLOYD, KATHLEEN
CLARK, JOANN
CAMPOS, TERESA

COX, LORA
CARRASQUILL, LISA
CONTI, MARYANN
CALICOTT, W LYNN
CRYDER, LISA
COBB, BONNIE
CARTER, JUANICE
COSTA, MARIA
CHERRY, LINDA
CLASEN, REBECCA
CARROLL, SANDRA
CASTILLO, SANDRA
CROWELL, RODNEY
CHAUDOIN, DAVID
CRUZ, ELENA
CROSS, MARY
CRAWFORD, SHEILA
CORDOVA, ROSEMARY
COPE, AMY
COOK, ANGELA
COLVIN, CHONTE
COLEMAN, BRENDA
COLE, DEAN
COBLER, LOIS
CLEMONS, SHELIA
CHORZELEWSKI, RITA
CHARBONNET, KIMBERLEE
CHANEY, KENNETH
CHAFFEE, KATHLEEN
CASSAS, GAIL
CASCIO, LINDA
CARTER, CATHY
FREDENDALL, ROBIN
FOUNTAIN, DEWITT
FOLLEN, KAREN
FISHER, ELAINE
FELDER, ORA
FLOWERS, EDD
FINCH, JENINE
FORD, CHERYL
FRAZIER, CATHERINE
FELTON, CURTISINE
EDWARDS, JUDY
EUDALEY, KAREN
EMERY, NORMAN
ECKHARDT, LEONARD
EUBANK, BARBARA
ENGLISH, ROSA
ELLIS, PENIX
ELLIS, LISA
ECHOLS, LEE ELLA
EISENBERG, BARBARA
EVANS, MAIRA
ECHOLS, ANGELA
ERICKSON, CAROL
EDWARDS, LILA

DATRI, FRANCES
DAVIS, TERRI
DEATON, MARILYN
DANIELS, ANGELA
DAVIS, WILLIAM
DUKES, PHILLIS
DIAL, TRESIA
DRAKE, KATHY
DAVID, MARCHELLE
DUNNE, VICTORIA
DAILY, PAMELA
DUFF, LORIE
DYRE, CHASE
DRAPER, GLENN
DOVER, DENISE
DONABY, PIERRE
DERREBERRY, PAMALA
DELOSSANTOS, CARLA
COTTRELL, DELANE
DAVIS, CRYSTAL
DAVIS, BETTY
DAVIS, BARBARA
HARRIS, BERNICE
HARGIS, CONNIE
HARDEN, CLASISSA
HAND, CAROLYN
HAMER, DEBBIE
HACKLEY, KAREN
HANSON, DIANE
HIRONAKA, HOWARD
HOSKINS, CENTERA
HUEZO DE PERLA, JULIA
HOHIMER, TRACY
HAIRR, JULIA
HILL, SHANNON
GREIF, LINDA
GALLELLI, ANGELA
GRIMMETT, KAREN
GONZALES, JOANNE
GLOVER, CAROLYN
GIBSON, MARSHA
GUERRERO, ROSA
GONZALES, MIRASOL
GRENARD, MARCIE
GREGORY, KAREN
GRAY, HILDA
GRAY, CARL
GILYARD, WENDY
GATES, DARLENE
GIERON, EARL
GARDNER, JUDY
GARCIA, LINDA
GALETTE, MARIE
GOMEZ, MELONDY
GILSON, AARON
GURULE, PATRICIA

GAMBLE, GLORIA
GILBERT, GLEN
FORAN, CAROLYN
FULMER, MICHAEL
FELIX, GRISELDA
FULLNER, MERRITT
FAUGHT, RUTH
FRANCZYK, ROBERT
FITZ, ERNIE
FRANKLIN, CLASSIE
FANCHER, WALTER
FORSYTHE, CAROL
FEDDERMAN, RONA
KREBSBACH, ELIZABETH
KIDD, DENYSE
KYSER, LINDIA
KENNEDY, DEBORAH
JEFFREY, JOYCE
JUDKINS, GAIL
JUNGKANS, JEANETTE
JAMES, DEBORAH
JAMES, RUBY
JONES, SHARON
ISON, PAULA
JACKSON, ROBERTA
JONES, GOLDIE
JONES, SENTA
JONES, DAVID
JACKSON, ALICE
BURGE, HELGA
JONES, BARBARA
JEFFERSON, MATA
JACOBUCCI, JANIS
JACOBS, SHEILA
JONES, AMINA
HOLDEN, ROSE
HARRIS, SHEILA
HERRING, CYNTHIA
HARRISON, PHYLLIS
HOWARD, DEMETRIA
HENK, JACY
HICKS, EXIE
HENDRIX, ROBIN
HOKE, RENEE
HANKINS, BETTY
HARRIS, NEAL
HELBIG, DEBORAH
HUTCHINSON, GRADY
HUGHES, JANIE
HOWE, GERALD
HOLMES, PAMELA
HOLLOWAY, JIMMY
HOLLIS, ALICIA
HILTON, SHEILA
HERNANDEZ, HILDA
HENLEY, THOMAS

HENDERSON, SARAH
LINEBERRY, SANDRA
LEE, MICHAEL
LYTLE, PATRICIA
LUCAS, SANDRA
LETHAM, ALISTAIR
LOWREY, MARGARET
LUMAN, ALICE
LOTTS, BRENDA
LONGSTRETH, PAMELA
LONG, TARA
LOCKLEY, KATRINA
LOGSDON, TOMMIE
LIGHT, MICHELLE
LEWIS-GULLEY, DEBBIE
LEWIS, CAMMIE
LEVALL, BETH
LEVERETTE, PAT
LEPKOWSKI, ANN
LENIX, DONNA
LEE, DONAL
LEBEDZINSKI, PATTY
LAVALLEY, IRIS
LASEUR, JENNIFER
LANE, CAROLYN
LE ROY, PATRICIA
LOWE, VERNITA
LLANES, NORMA
LAWSON, EMMA
LEE, CHARLES
KAVALI, GERALD
KEGLER, IEVA
KIRK, HEATHER
KIRKHAM, SHANNON
KUCHMAK, JOAN
KRAMER, RICHARD
KAEO, MARIAN
KENT, EDGAR
KRUGER, CHAD
KERNS, RENEE
KOVATSIS, YVONNE
KIPP, TRUDY
MCCLANAHAN, PATRICIA
MAROTT, VICTORIA
MARTINEZ, GRACE
MADISON, ARLENE
MARTIN, MARY
MONTGOMERY, ALICE
MADLEM, LINDA
MORTON, ANGELA
MACK, CATHERINE
MARTHALLER, JUDITH
MARTIN, PRESTON
MARTIN, RANDIE
MAYBURY, REBECCA
MOATZ, REBECCA

MONTEZ, ROSARIO
MONTGOMERY JR, LEROY
MOSES, HERBERT
MUELLER, DARLENE
MACHADO, SABLE
MCEVOY, MARILYNN
MCQUIRE, LILLIAN
MOHAN, LAUREN
MOFFET, CLAUDETTE
MOSELEY, ARMETTA
MOSS, NANCY
MURPHY, MYRA
MELLON, DEBORAH
MCQUAIG, PAUL
MIERKE, NICOLE
MORGAN, LINDA
MONDOTTE, MARCELLA
MCGEE, KAREN
MONAHAN, VERONICA
MEREDITH, JUDITH
MOORE, CINDY
MARTIN, MICHAEL
MONZILLO, ALICE
LORSEYEDI, BARBARA
MARTINEZ, GABRIEL
LANE, BARBARA
LUZADER, JUDY
LEWIS, MORGAN
LEGATE, TERRY
LARUE, BERNICE
LUCIOUS, GLORIA
PULIDO, SONIA
PERLINGIERE, VINCENT
PEDULLA, CARMEN
OWENS, ROBIN
OVERSON, MARY
OWEN, SUE
O'HENRY, DEBORA
NELSON, GWENDOLYN
NICHOLS, ELIZABETH
NIXON, THERESA
NELSON, SHELLY
NOWACZYK, BEVERLY
NAQUIN, PAMELA
MARCKESANO, ELIZABETH
MILLER, LINDA
MILLS, BOONSANONG
MITCHELL, GLADYS
MOFFATT, SHERRI
MIOLA, MICHELE
MOSLEY, LINDA
MORGAN, GAY
MILLER, MELINDA
MCGHEE, TINA
MARTIN-PEREZ
MARTIN, ESTHER

MILLER, RUTH
MATA, DEANA
MCWILLIAMS, LINDA
MACKINDER, LINDA
MOORE, REGINALD
MORELLI, PAMELA
MINDER, JOANNE
MOORE-CARVER, BRENDA
MCGRANE, SHIRLEY
MORGAN, SUSAN
MICHALSKI, DON
MUNEVAR, MARIA
MULKEY, GLENDA
MITCHELL, MICKEY
MELLISH, ADONNA
MCINNISH, ROGER
MCGUIRE, JOYCE
MCDONALD, AMY
MCCLELLAN, DEANNA
RHOADES, TAMARA
RITCH, REBECCA
RODRIGUEZ, DARLENE
ROGERS, NANCY
RONEY, KIMBERLY
RUTLEDGE, TINISHA
RADFORD, FEARI
RICHARDS, FATHOM
ROBERTS, MARY
ROBINSON, YVETTE
ROGERSON, ASHLEY
RAMSEY, NIA
PULKRABEK, KAREN
PEERY, ANN
PARENT, DOROTHY
PEDRANTI, KELLEY
PHILLIPS, GAIL
PISZCZEK, ALICE
PETTWAY, SUSAN
PETERSON, SHIRLEY
PARKER, LYNDEN
PORTER, SCOTT
PROSSER, MARIBETH
PREMO, KARIN
PELTIER, GAIL
PHILLIPS, RHONDA
PROFFITT, ROSEMARY
PETERSON, PAULETTE
PURDY, JANET
PHELON, CHICHENA
PETE, PATRICIA
PETTY, ANGELA
PICKNEY, OLIVIA
PATRICK, AMY
PENNA, JOSEPHINE
PERINE, TONIA
PHILIPS, MARI

PEEBLES, LACYDIA
PATERSON, DAVID
PENA, SUSAN
PALLEN, DANA
PUTMAN, JAMES
PETTAWAY, BEVERLY
SIMPSON, JERLINE
SHIRLEY, DAPHANIE
SAMORA, ALEXA
SALAS, SANDRA
STRIPLING, EDITH
SMITH, RENEE
STETSON, LORI
STONE, SHEILA
SANFORD, SHARON
SEEGER, DORIS
SEGURA, FLOYD
SELZER, NANCY
SHAMBURGER, ESTER
SHILLING, DEBRA
SHOWS, DEBORAH
SMITH, TERESA
STEPHENSON, FREDERICK
STREETER, DOROTHY
SAIZ, RUTH
SMITH, CHRISTINA
STANLEY, CAROLYN
STEPHENS, JAMMIE
STREET, JILL
SULLIVAN, SUSAN
STEVENS-KRISH, VICKI
SHUMPERT, MELINDA
SHADLE, SANDRA
STEVENS, DAWN
SWEDAS-MURPHY, PAULA
SKOGLUND, LORRAINE
SPRADLEY, WINDY
STACEY, THERESA
RUSSO, JUDITH
RICHEY, SHERRY
ROBERTS, BRUCE
ROBERTS, ALTHEA
ROBINSON, BARBARA
REED, BEVERLY
RENTFROW, RANA
RAMOS, ROSA
ROSS, JACKIE
RIGALI, NANCY
RODRIGUEZ, ESTELA
RAPPORT, KAREN
RHODES, JANET
RUSSELL, DANIEL
TAYLOR, VICKY
TRAUSCH, LYNETTE
THOMPSON, PATRICIA
THOMPSON, PEGGY

TUCKER, MICHAEL
TATUM, MARY
TOWNS, YVONNE
THACKER, JENNIFER
TOWNSEND, ANGELA
TABY, KAREN
TAYLOR, ROBBIE
TERRY, ELIZABETH
THANE, YOULINDA
THORNHILL, LINDA
TAYLOR, FRED
TAYLOR, RHONDA
TAYLOR, SUSAN
THOMAS, CHARLENE
THOMPSON, MARY
THORNTON, ERICKA
TURK, EDWARD
TYK, GINA
TAYLOR, CAROL
TREVINO, SANDRA
THOMAS-TERRIEL, SHERRY
THOMAS, TERESA
SUAZO, MAGDALENA
SHANKEY, KAROLE
STONE, SHIRLEY
STEWART, PATRICIA
SCOTT, FELICIA
STUART, ELIZABETH
SIMPSON, RENAE
SANTIAGO, JACQUELINE
SMITH, RONALD
SHEIKH, DAWN
STRICKLAND, BRENDA
SHURBET, JANET
SAFFORD, DINA
SHARP, ANGELA
SPIVEY, SHILDA
SHAW, ANDREA
STEPHENS, KEEVA
SUCCI, SALLY
SMITH, MICHELLE
ABI SAAB, NASSER
SMITH, CECIL
WILLIAMS, JACQUELINE
WILLIAMS, SHERRIE
WEBER, THOMAS
WOODWARD, DONNA
WOODS, DESTINY
WATKINS, JAMES
WHITE, STACY
WHITE, CATHY
WILBANKS, DIANA
WHITE, KELLY
WILSON-HALL, EMLYN
WILLIAMS, JOANN
WRIGHT, LATAUNDA

WAGGENER, LETA
WASHINGTON, CATHERINE
WATERS, JEROLD
WEBB, ANGELA
WEBSTER, JUDY
WILLIAMS, TERESSA
WESTBY, TRACEY
WILCZAK, MARY
WINDER-MORGAN, SANDRA
WINTERS, MONICA
WOODARD, SANDRA
WOODLAND, RACHEL
WOOLSEY, VERNA
WILLIAMS, ZANETA
WARE, WILLIE
WEBSTER, ALICE
WINFREY, BRANDY
WOODS, AMBER
VESTAL, DARLESIA
VENEGAS, MARY
VIERLING, JACQUELYN
VOELKER, TAMARA
VEGA, YISEL
UMPLEBY, ALISON
ULLA, CHARLENE
UHL, DANIELE
VASILE, STAN
VISER, ANDREA
UNGERER, ANGELINE
TERRY, MAY
THOMAS, JOYCE
TURNQUIST, VERNEDA
TRAVIS, JUDY
TURNER, ROBERTA
WOODRUM, KIMBERLY
ZINTER, DEBRA
YEHLE, GINA
YOUNG, CHERLY
ZIMMERMAN, REBECCA
ZEIGLER, ANGELA
YOUNG, GLORIA
YOUNG, KIMBERLY
YARTER, COLLEEN
WESTBROOK, KATHY
WEXLER, FRANK
WEST, VIVIAN
WILSON, STEVEN
WEST, CONNIE
WESTBROOK, BENNY
WASHINGTON, CAROLYN
WHEELER, THERESA KAY
WHITEHEAD, SHARON
WARD, JANICE
WRIGHT, SHEILA
WEIBERTH, STACY
WHITE, DELLA

WORTHY, BRENDA
WYATT, WALTER
WILLIAMS, VIRGINIA
WATERMAN, ELIZABETH
WILLIS, BETTY
WILLIAMS, HONNA
WOODS, ANGERNETTTE
BONNER, BERTHA
KNUDSEN, JAN